Opinion issued January 27, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00651-CV

———————————

The cadle company, Appellant

V.

roy h. bray, Appellee



 



 

On Appeal from the County Court at Law Number One

Harris County, Texas



Trial Court Case No. 579,602-801

 



 

MEMORANDUM OPINION         

Appellant, The
Cadle Company, has filed a motion to dismiss its appeal.  No decision has yet been handed down in this
case.  Accordingly, the motion is
granted, and the appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).

The Clerk is directed to issue
mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Bland and Alcala.